UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERESA JOHNSON, | ) |
| | ) No. CV-11-3035-CI |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING STIPULATED |
| | ) MOTION TO REMAND PURSUANT TO |
| MICHAEL J. ASTRUE, | ) SENTENCE FOUR OF 42 U.S.C. |
| Commissioner of Social | ) § 405(g) |
| Security, | ) |
| | ) |
| Defendant. | ) |

BEFORE THE COURT is the parties' Stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 24.) Attorney D. James Tree represents Plaintiff Teresa Johnson; Special Assistant United States Attorney Daphne Banay represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 7.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(ECF No. 24)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall: update the medical record with existing evidence from the treating sources to include medical source statements; re-evaluate the medical source opinions of the record, including the opinions by Dr. LeBray (Tr. 269-72) and

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

Dr. Gentile (Tr. 276), Dr. Toews (Tr. 703-10, 712-14), and social worker Moen and Dr. Rodenberger (Tr. 664-66). The ALJ will also re-evaluate Plaintiff's credibility; will re-evaluate Plaintiff's residual functional capacity; and will obtain supplemental vocational expert testimony at step five of the sequential evaluation.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (**ECF No. 18**) is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED March 26, 2012.

                S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE